# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **TYREE MILLER,** | ) | |
| Petitioner, | ) | Civil Action No. 7:20cv00412 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | By: Michael F. Urbanski |
| Respondent. | ) | Chief United States District Judge |

By order entered July 27, 2020, the court conditionally filed Miller's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. In the conditional filing order, the court directed Jimenez to either pay the filing fee, sign and return a consent to fee form, or apply to proceed in forma pauperis. See ECF No. 5. The court advised Miller that failure to comply with the court's order within twenty-one days would result in the dismissal of the action without prejudice. Id. Miller did not respond to the court's order. Inasmuch as the time to respond has passed and Miller has failed to comply with the court's order, the court will dismiss this action without prejudice.

**ENTER**: This  24th  day of August, 2020.

Michael F. Urbanski
Chief U.S. District Judge
2020.08.24 18:50:58 -04'00'

Michael F. Urbanski
Chief United States District Judge